# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| David Hale # 124974 </br> Full name and prison number </br> of plaintiff(s) </br></br> v. </br></br> Laundry Manager Perkins, </br></br> Comm. Richard Allen, Al.D.O.C., </br></br> et.al. </br></br> Prison Health Services, Inc, </br></br> et.al. </br> Name of person(s) who violated </br> your constitutional rights. </br> (List the names of all the </br> persons.) | CIVIL ACTION NO. 2:06cv912-WKW </br> (To be supplied by Clerk of </br> U.S. District Court) </br></br> **DEMAND FOR JURY TRIAL** |

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( )   NO (**xxx**)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( )   NO (**xxx**)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) _____ **N/A** _____

      Defendant(s) _____ **N/A** _____

SCANNED
BK 10/10/06

2. Court (if federal court, name the district; if state court, name the county) _____ **N/A** _____

3. Docket number _____ **N/A** _____

4. Name of judge to whom case was assigned _____ **N/A** _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ **N/A** _____

6. Approximate date of filing lawsuit _____ **N/A** _____

7. Approximate date of disposition _____ **N/A** _____

II. PLACE OF PRESENT CONFINEMENT **Elmore Correctional Facility P.O. Box 8, Elmore, Al. 36025**

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED **Elmore Correctional facility, "Laundry", P.O. Box 8, Elmore, Al. 36025**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Laundry Manager Perkins, E.C.F., P.O. Box 8, Elmore, Al. 36025 | |
| 2. | Comm. Richard Allen, A.D.O.C., 301 So. Ripley St. Mont. Al. 36130 | |
| 3. | Prison Health Services, Inc., P.O. Box 56, Elmore, Al. 36025 | |
| 4. | (Prison Health Services, Inc., Operates the Staton Correct- | |
| 5. | ional Facility, "Health Care Unit" Located At the Staton | |
| 6. | Facility) | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **07-07-06, Friday**

2

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: This Plaintiff was compelled By Defendant Perkins to Stick his Arm in a moving/operating Clothes dryer, Which caused and resulted in a brken arm.

SUPPORTING FACTS: This Plaintiff was compelled to operate an Industrial Clothes dryer by Defendant Perkins, This Plaintiff was not trained or instructed on Safety or the proper operation of said Industrial Dryer, Defendant Perkins in his capacity as Elmore Laundry Manager compelled this Plaintiff, By Direct order, To open the Industrial dryer door, While in operation, to check if the Institutional Bed Sheets were dry enough to remove. Upon opening the door, And reaching inside the Dryer, The Sheets wrapped around this plaintiffs Arm, Snapping it. The defendants callous disregard for this plaintiffs constitutional rights, Resulted in this plaintiff recieving a broken arm. (See Attach. continuation of Ground One.)

GROUND TWO: This Plaintiff was denied proper and adequate medical treatment by defendant(s), "Prison Health Services, Inc.".

SUPPORTING FACTS: Upon this Plaintiff ending his work shift, he was transported to the Staton health care Unit, Defendant Prison Health Services, Inc. Did not X-Ray the arm, Defendant Prison Health Services, Inc., Gave this plaintiff a sling, This Plaintiff wore the sling for (5) Five days, Until he was taken back to the Staton Health Care unit for X-Rays, Upon taking the X-Rays, And realizing my Arm was broken Defendant Prison Health Services, Had this Plaintiff Transported to a Free World Hospital, That was when this Plaintiff was informed that he did in fact have a Broken Arm, A cast was placed on the arm and this plaintiff was transported back to the Elmore Corr. Facility.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

1.) $100,000.00 One-Hundred Thousand Dollars in Punitive Damages.

2.) $100,000.00 One-Hundred Thousand Dollars in Compensatory Damages.

3.) Any/All further relief that this court [or Jury] deems just and proper for the violation(s) of this Plaintiffs Constitutional rights.

Signature of plaintiff(s) David Hale # 124974

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
(Date)

Signature of plaintiff(s)

4

## Continuation of Ground One

Upon this Plaintiff informing Defendant Perkins that he heard his Arm "Pop", And was causing great pain, Defendant Perkins informed this Plaintiff that "If he could wiggle his fingers, His Arm was not Broken and he would finish his shift in the Laundry."
Sure Enough, Defendant Perkins made this Plaintiff remain at Work, And continue to Work with One Arm until his Shift was over at the Laundry. This Plaintiff was forced to work, Removing Sheets, Loading Sheets, Etc., All the While with a Broken Arm.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

1.) $100,000.00 One-Hundred Thousand Dollars in Punitive Damages.

2.) $100,000.00 One-Hundred Thousand Dollars in Compensatory Damages.

3.) Any/All further relief that this court [or Jury] deems just and proper for the violation(s) of this Plaintiffs Constitutional rights.

*David Tyrone Hale*
Signature of plaintiff(s)  David Hale # 124974

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 10-11-06.
(Date)

*David Tyrone Hale*
Signature of plaintiff(s)

4