**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Prison Health Services, Inc.
Staton Correctional Facility
PO Box 56
Elmore, AL 36025

06cv912 O+C

2. Article Number
   (Transfer from service label)

7003 0500 0002 7929 4972

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Angela Thornell
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
Angela Thornell

C. Date of Delivery
10/16/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540