| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Nicole S. Osborne_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) NICOLE S OSBORNE   C. Date of Delivery 10/12/06 |
| 1. Article Addressed to:<br><br>Laundry Manager Perkins<br>Elmore Correctional Facility<br>PO Box 8<br>Elmore, AL 36025<br><br>06cv912 C+O | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 0500 0002 7929 4965 |

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540