# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **DAVID TYRONE HALE #124974,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action Number:** |
| | ) | **2:06-cv-912-WKW** |
| **PRISON HEALTH SERVICES, et al.** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |

## ANSWER AND SPECIAL REPORT

**COMES NOW** the Defendant, Prison Health Services, Inc., by and through its counsel of record, and in response to this Court's Order requiring the Defendants to file an Answer and Special report, states as follows:

As directed, Prison Health Services has undertaken a review of the complaint filed by the Plaintiff to determine the facts and circumstances relevant to the claims and after such review is submitting this Answer and Special Report. Prison Health Services also relies upon the medical records for the Plaintiff, as well the affidavit of John M. Peasant, MD, which are simultaneously filed with the Court.

Prison Health Services asserts the following:

      a.    The complaint fails to state a claim upon which relief can be granted;

b.    Prison Health Services denies that the Plaintiff is entitled to relief under 42 U.S.C. § 1983;

c.    Prison Health Services pleads immunity, including, but not limited to, qualified, absolute, discretionary function, and state agency;

d.    Prison Health Services asserts that the Plaintiff is barred from seeking punitive damages against it;

e.    Prison Health Services denies that it is responsible for the policies and procedures of the Alabama Department of Corrections; and

f.    The Plaintiff's claims are barred by his failure to exhaust administrative remedies.

## **FACTUAL REPORT**

The Plaintiff, David Hale, is an inmate at Staton Correctional Facility in Elmore, Alabama, which is operated by the Alabama Department of Corrections. Prison Health Services ("PHS") is in charge of the medical treatment at Staton Correctional Facility in Elmore, Alabama. PHS has a physician in the prison who is in charge of the treatment of inmates, just like a physician in private practice.

John M. Peasant, M.D., (pronounced ˈpē-zant) is a licensed physician in the State of Alabama and is currently employed by Prison Health Services as the Medical

2

Director at the Ventress Correctional Facility in Clayton, Alabama. (Affidavit of John M. Peasant, M.D.)

Dr. Peasant treated the Plaintiff, David Hale, when Dr. Peasant worked at the Staton Correctional Facility.

On July 6, 2006,[1] Hale alleged that when he stuck his hand in a clothes dryer, sheets began to wrap around his wrist and began to get tighter and tighter. He tried to pull himself free from the sheets, and another inmate tried to pull him free. Hale turned to his left and heard a bone pop. Hale reported severe pain from his wrist to his elbow, and when he tried to turn to the right, the pain went to his shoulder. He could make a fist.

Upon physical examination, Hale's respiration was even and unlabored; his skin was dry to the touch; swelling was noted around his wrist; and capillary return (a vascular test) was less than three seconds.

At 4:32 p.m., Hale was given Motrin 800 mg orally per Dr. Peasant's request. At 5:00 p.m., Dr. Peasant ordered that Hale be administered 60 milligrams of Toradol

---

[1] Hale's medical records include a Sick Call Request dated July 5, 2006, for a cut hand from playing basketball. Hale did not appear for the morning sick call on July 6, 2006, and this was noted in a Refusal of Treatment form dated July 6th. This has nothing to do with his judicial complaint, but the dates of the forms and the forms' inclusion in Hale's medical records are worth noting to avoid confusion.

(an anti-inflammatory and analgesic) by intramuscular injection ("IM") and that his arm be placed in a sling.  This treatment was carried out.

Hale's Physician Orders demonstrate that on July 6, 2006, Dr. Peasant ordered a regimen of Motrin 600 mg three times daily and Tylenol ES 500 mg for fifteen days.

At that time and in his professional judgment, Dr. Peasant believed that Hale had sustained a severe strain with intense pain in his left wrist and arm.

The Health Care Unit communicated to Staton that Hale should not use his left arm for seven days, and that he should receive a bottom bunk for four weeks.

On July 10, 2006,[2] Hale completed a Sick Call Request in which he stated, "I need to see the Doctor, I messed my arm up at work and the pain medicine they gave me ain't doing no good."  This Sick Call Request was received and evaluated by Prison Health Services.

On July 11, 2006, a Nursing Evaluation Tool was completed regarding Hale's Sick Call Request.  Under "Examination Findings," this report reads:

> Pulses to [left] arm/wrist strong; [capillary] refill [less than] 3 seconds; unable to make fist; [range of motion] poor edema noted to [left] elbow, arm and [left] hand; has on sling; states "hand got hung in sheets, turned

---

[2]Hale *did not* file any Sick Call Requests between July 6th, the time when he hurt his arm, and July 10th.

his arm & heard something pop"; meds are not doing any good; requests
x-ray; states "I am unable to do anything [with] this arm."

This report noted that Hale was referred to a health care provider, and that he would

be examined for a possible x-ray.

On July 13, 2006, Dr. Peasant again examined Hale and diagnosed him with

a fractured left arm. Dr. Peasant completed a Utilization Management Referral

Review Form in which he requested that Hale's arm be x-rayed. This request was

approved, and Hale was thereafter immediately seen by Dr. Chung, an orthopaedic

surgeon, who confirmed Dr. Peasant's diagnosis. Hale's x-ray showed that his left

arm was fractured. A cast was placed on his arm, and no pain was noted at that time.

On July 14, 2006, the Health Care Unit communicated to Staton that Hale

should not use his left arm for thirty days, that he should receive a bottom bunk for

sixty days, and that he should be permitted to wear an arm sling for thirty days.

On August 21, 2006, after Dr. Peasant moved his practice to another facility,

Hale was seen by another health care provider, who scheduled an orthopaedic consult

tentatively in October 2006. The UM report noted that Hale was not in distress, and

that a cast was still on his arm.

On August 29, 2006, Hale completed a Sick Call Request whereby he asked for a change in his medication regimen. Hale failed to show up for Sick Call the next day when his request might have been addressed.

On August 31, 2006, the Health Care Unit communicated to Staton that Hale should not use his left arm for two months and that he should receive a bottom bunk for the same period.

On October 2, 2006, Hale completed a Sick Call Request in which he requested that his cast be removed. He acknowledged that it would come off the following week but nevertheless wanted it off then. It appears from Hale's Progress Notes that the cast was, in fact, removed on October 6, 2006.

On October 10, 2006, Hale filed his judicial complaint, in which he states he wore an arm sling for five days until he was x-rayed, then taken to a "free world" hospital for a cast.

Prison Health Services at Staton Correctional Facility has an "Inmate Grievance" form available to persons wishing to file an administrative complaint for medical treatment. A blank copy of this Inmate Grievance form is submitted herewith.

At no time did Hale ever file an Inmate Grievance regarding his left arm.

**<u>ARGUMENT</u>**

In order to state a claim for violation of the Eighth Amendment, Hale must allege that Prison Health Services acted or failed to act with deliberate indifference. *Estelle v. Gamble*, 429 U.S. 97 (1976).

**1.    The Plaintiff Has Failed to Exhaust His Administrative Remedies.**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), which covers *all* federal claims by prisoners of this nature, states in pertinent part:

> No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.

The PLRA was enacted to curb and bring under control the sharp rise in prisoner litigation suits in the federal courts. *Woodford v. Ngo*, 126 S. Ct. 2378, 2382 (2006). This was primarily accomplished by the above-mentioned exhaustion of remedies requirement. *Id.* Now, exhaustion is completely mandatory. *Id.; accord Johnson v. Meadows*, 418 F.3d 1152 (11th Cir. 2005). Notably, the PLRA contains no exception to the exhaustion requirement. *See* 42 U.S.C. § 1997e(a).

The proper exhaustion of administrative remedies was the central issue in *Woodford*, in which the Supreme Court dealt specifically with the question of whether an untimely or procedurally defective administrative grievance would satisfy the

7

PLRA's exhaustion requirement (the inmate-respondent had filed an untimely grievance). *Id.* at 2382. The Court held that "proper" exhaustion was required, which it described as encompassing "all 'available' remedies, not just those that meet federal standards," even when monetary relief may not be granted, and for all suits, even when brought other than pursuant to § 1983. *Id.* at 2382-83. The PLRA's exhaustion requirement affords potential defendants the opportunity to correct its own mistakes and promotes efficiency. *Id.* at 2385. The failure to exhaust administrative remedies in such a case *requires* that the action be dismissed. *Chandler v. Crosby*, 379 F.3d 1278, 1286 (11th Cir. 2004).

It is undisputed that Hale never filed an inmate grievance for his arm. Given the strict language chosen by Congress in drafting the PLRA, as well as the Supreme Court's equally strict interpretation of same, the courts of this Circuit have dismissed suits such as Hale's. *See Kozuh v. Nichols*, No. 05-15207, 2006 U.S. App. LEXIS 15712 (11th Cir. June 22, 2006) (unpublished); *Van Fripp v. Laird*, No. 05-15901, 2006 U.S. App. LEXIS 6397 (11th Cir. Mar. 16, 2006) (unpublished); *Johnson v. Meadows*, 418 F.3d 1152 (11th Cir. 2005) (on interlocutory appeal, holding that the PLRA contains a *procedural default* against plaintiffs and remanding the case for dismissal for failure to exhaust remedies); *Jordan v. Miami-Dade County*, 2006 U.S.

Dist. LEXIS 52587 (S.D. Fla. Jul. 14, 2006) (unpublished). Based on his total failure

to exhaust his administrative remedies, Hale's complaint is due to be dismissed.

**2.    Plaintiff Has Not Alleged, and Cannot Prove, That Prison Health Services Had an Official Policy or Custom That Directly Violated His Constitutional Rights.**

PHS is a private entity that contracts with the counties of Alabama to

provide medical care to inmates. As such, PHS performs a function traditionally

within the exclusive prerogative of the state. *Buckner v. Toro*, 116 F.3d 450, 452

(11th Cir. 1997). Under those circumstances, it is treated as a municipality or county

for § 1983 purposes, and a plaintiff must therefore satisfy the traditional burden in §

1983 suits by proving that an official policy or custom caused a constitutional injury

to him. *Id.*; *Monell v. Dept. of Social Servs. of New York*, 436 U.S. 658, 690-91

(1978).

In the present case, Hale has not alleged, much less can he provide a scintilla

of evidence for the proposition, that Prison Health Services has a policy or custom

that violates his Eighth Amendment right to be free of cruel and unusual punishment.

On this basis, Prison Health Services is entitled to judgment in its favor.

3.    **Prison Health Services Has Not Acted with Deliberate Indifference to Hale's Medical Needs.**

Even assuming, however, that this Court concludes that Prison Health Services should not be dismissed for the foregoing reasons, the Plaintiff must still produce evidence that Prison Health Services acted or failed to act with deliberate indifference. Neither inadvertent failure to provide adequate medical care nor a health care provider's negligence in diagnosing or treating a medical condition states a claim under the Eighth Amendment. *Estelle,* 428 U.S. at 104. When a prisoner has received medical care, courts hesitate to find an Eighth Amendment violation. *Hamm v. DeKalb County,* 774 F.2d 1567, 1575 (11th Cir. 1985), *cert denied*, 475 U.S. 1096 (1986). A defendant must *purposefully* ignore or fail to respond to a prisoner's pain or possible medical need in order for deliberate indifference to be established. *See Wilson v. Seiter*, 501 U.S. 294, 300 (1991) ("The source of the intent requirement is not the predelictions of this Court, but the Eighth Amendment itself, which bans only cruel and unusual *punishment*. If the pain inflicted is not formally meted out *as punishment* ..., some mental element must be attributed to the inflicting officer before it can qualify." (emphasis in original)). The Eleventh Circuit has also characterized the deliberate indifference standard as one of "conscious or callous indifference to a

prisoner's rights." *Williams v. Bennett*, 689 F.2d 1370, 1380 (11th Cir. 1982), *cert. denied*, 464 U.S. 932 (1983).

Hale was seen on the first day he complained of his injury, and according to Dr. Peasant's professional medical judgment, he had sustained a severe strain with intense pain in his left wrist and arm. He was given an injection for pain and was prescribed a regimen of other pain medications at that time. He was ordered to completely restrict the use of his left arm, which was put in a sling, and ordered to have a bottom bunk. Only a few days later, after Hale complained about his pain medication being inadequate, which medication was being administered thrice daily, Dr. Peasant modified his diagnosis to a fractured left arm. He immediately referred Hale to an orthopaedic surgeon, Dr. Chung, who confirmed Dr. Peasant's diagnosis. Hale's arm was placed in a cast, and he was again ordered to have a bottom bunk and not to use his left arm. No pain was noted at that time. The worst that Hale can allege is that Dr. Peasant mis-diagnosed his broken arm as a severe strain, for which he received treatment. That is not deliberate indifference; Hale was given treatment for his condition every time he brought it to the attention of Prison Health Services. No evidence supports Hale's allegation that Prison Health Services treated him with conscious or callous indifference or that Prison Health Services *purposefully* ignored

him in violation of his constitutional rights.  Far from it, Hale was given attentive

medical care at all times.

Prison Health Services requests that this report be treated and denominated as

a motion for summary judgment.  It has demonstrated through substantial evidence

and appropriate legal argument that there is no genuine issue of material fact relating

to the above matters and that it is entitled to judgment as a matter of law.  Hale's

submission clearly fails to meet his burden.  Prison Health Services is therefore

entitled to final judgment in its favor.

Respectfully submitted,


**s/H.C. Ireland, III**
H.C. Ireland, III
Bar Number: ASB-9915-D66H
PORTERFIELD,   HARPER,   MILLS   &
MOTLOW, P.A.
22 Inverness Center Parkway
Suite 600
Birmingham, Alabama 35242-3721
(205) 980-5000
(205) 980-5001 Fax
E-mail: phm@phm-law.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **DAVID TYRONE HALE #124974,** | **)** | |
| | **)** | |
| **Plaintiffs,** | **)** | |
| | **)** | |
| **v.** | **)** | **Civil Action Number:** |
| | **)** | **2:06-cv-912-WKW** |
| **PRISON HEALTH SERVICES, et al.** | **)** | |
| | **)** | |
| **Defendant,** | **)** | |
| | **)** | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant.

David Tyrone Hale #124974
Elmore Correctional Facility
PO Box 8
Elmore, AL 36025

Respectfully submitted,

**s/H.C. Ireland, III**
H.C. Ireland, III
Bar Number: ASB-9915-D66H
PORTERFIELD, HARPER, MILLS
  & MOTLOW, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242-3721
(205) 980-5000
(205) 980-5001 Fax
E-mail: phm@phm-law.com

## Prison Health Services, Inc.

### Inmate Grievance

NAME _____  AIS # _____   UNIT _____   DATE _____

**PART A—Inmate Grievance**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

INMATE SIGNATURE _____

**PART B --RESPONSE**                    DATE RECEIVED _____

_____

_____

_____

_____

_____

_____

_____

P.H.S. Department Head Signature _____

DATE _____

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

| H.S.A Selection: | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ☐ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☐ | ☐ |
| Committee Review of Data Collection | | | | | |

11/03 – Alabama
Revised 5/16/05

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **DAVID TYRONE HALE, #124974** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action Number:** |
| | ) | **2:06-cv-912-WKW** |
| **PRISON HEALTH SERVICES, et al.** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |

## <u>AFFIDAVIT OF JOHN M. PEASANT, M.D.</u>

**STATE OF ALABAMA**                    )

**COUNTY OF ELMORE**                    )

1.     My name is John M. Peasant, M.D.  I am of the age of majority, competent to give this declaration, and have knowledge of the facts set forth herein.

2.     I am a licensed physician with the Alabama Board of Medical Examiners.  I am currently employed by Prison Health Services as a physician at the Ventress Correctional Facility in Clayton, Alabama.

3.     I am familiar with the standard of care, skill, and diligence exercised by other similarly-situated health care providers in performing medical services under similar circumstances.

4.    I recall treating Mr. Hale while he was imprisoned in Staton

Correctional Facility in Elmore, Alabama.

5.    Mr. Hale presented to the Health Care Unit emergency room on July

6 ℗
~~10,~~ 2006, after, according to him, getting his hand caught in a sheet in laundry.

According to him, the sheet wrapped around his hand tighter and tighter, and as he

pulled himself free with the assistance of another inmate, he felt a bone pop.

6.    In the emergency room, the patient was noted to have a swollen and

tender left wrist and forehand.  He could make a fist, but not turn his hand or fist

without severe pain in his let shoulder.

7.    At that time, I believed he had sustained a severe strain with intense

pain in his left wrist and arm.

8.    Mr. Hale was given a pain shot, pain medicine, and his arm was placed

in a sling.  He was given profiles for no use of his left arm for seven days and a

bottom bunk profile for four weeks as we cared for his arm.

9.    On July 10, 2006, Mr. Hale filled out another Sick Call Request,

stating that the medication was not helping his arm.  The patient was screened and

seen on July 11, 2006, by the Sick Call nurse.  Mr. Hale was referred to me.

10.    I saw Mr. Hale on July 13, 2006, when I again evaluated his arm and

diagnosed him with a fractured forearm.  He was referred immediately to Dr.

2

Chung, an orthopaedic surgeon. On July 13, 2006, Dr. Chung also confirmed that

Mr. Hale had a forearm fracture. According to Dr. Chung's notes, Mr. Hale

preferred casting of his arm, which was done at the time of that visit. Dr. Chung

requested a follow-up visit in two weeks with x-rays of the arm.

11. In my opinion as a physician, my treatment of Mr. Hale was

reasonable and appropriate for the conditions complained of, and it met the

standard of care for services of a similar healthcare provider in similar

circumstances.

**FURTHER AFFIANT SAITH NOT.**

_John M. Peasant, M.D._

John M. Peasant, M.D.

**PERSONALLY APPEARED** before me, a Notary Public in and for said
county and state, John M. Peasant, M.D., who after being first duly sworn, that he
has read and understands the Affidavit herein and that same are true and correct to
the best of his knowledge, information, and belief.

**SWORN TO** and subscribed before me on this the 16th day of
November, 2006.

_Reba J Currie_

NOTARY PUBLIC

3

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME *Hale, David*                     AIS# *124974*

Medication Allergies: *NKDA*

Medical: Chronic (Long-Term) Problems
          Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
          Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 5-11-6 | PPD *ffuu* | | | P E |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.



Name _Hale, David_ AIS _124974_ D.O.B. _11-17-59_

### Hep A Vaccine

Date _____ By _____

Date _____ By _____

### Hep B Vaccine

1) Date _____ By _____

2) Date _____ By _____

3) Date _____ By _____

### Influenza

| | | | |
|---|---|---|---|
| Date _____ By _____ | | Date _____ By _____ |
| Date _____ By _____ | | Date _____ By _____ |
| Date _____ By _____ | | Date _____ By _____ |
| Date _____ By _____ | | Date _____ By _____ |
| Date _____ By _____ | | Date _____ By _____ |
| Date _____ By _____ | | Date _____ By _____ |

### Pneumococcal

| | |
|---|---|
| Date _____ By _____ | Date _____ By _____ |
| Date _____ By _____ | Date _____ By _____ |

### TB PPD

| | | |
|---|---|---|
| Date _5-11-6_ Result _φ nm_ | Date _____ Result _____ |
| Date _____ Result _____ | Date _____ Result _____ |
| Date _____ Result _____ | Date _____ Result _____ |
| Date _____ Result _____ | Date _____ Result _____ |
| Date _____ Result _____ | Date _____ Result _____ |
| Date _____ Result _____ | Date _____ Result _____ |
| Date _____ Result _____ | Date _____ Result _____ |
| Date _____ Result _____ | Date _____ Result _____ |
| Date _____ Result _____ | Date _____ Result _____ |

Tetanus Date _____ By _____

Tetanus Date _____ By _____

**INTAKE HEALTH EVALUATION**

NAME: _Hale, David_
AIS #: _164974_
D.O.B.: _11-11-59_

R.N. evaluation within 24 hours.

Age _46_  Sex _M_  Race _B_    Height _5'9"_  Weight _205_

Temp: _980_  B/P: _120/70_  Pulse: _76_  Resp: _20_
** **B/P** – If greater than 140/90, repeat in 1 hour.  Refer to Mid-Level if B/P remains up.

Do you now or have you _ever_ had, or been treated for:

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | √ | Gastritis | | √ | **HIV/AIDS *** | | √ |
| Loss of Consciousness | | √ | Ulcers | | √ | ***Medications Verified | | |
| Severe Headaches | | √ | Bleeding | | √ | Hepatitis - Type | | √ |
| Vertigo/Dizziness | | √ | Gall Bladder/Pancreas | | √ | Gonorrhea | | √ |
| Vision Problems | | √ | Liver Problems | | √ | Syphilis | | √ |
| Hearing Problems | | √ | Arthritis | √ | | Lice, Crabs, Scabies | | |
| Seizures | | √ | Joint Muscle Problem | | | | | |
| Strokes | | √ | Back/Neck Problem | √ | | **LMP** | | |
| Nervous Disorders | | √ | Kidney Stones/Dz | | √ | Date | | |
| DT's | | √ | Bladder/Kidney Infection | | √ | Duration | | |
| Heart Condition | | √ | Alcoholism | √ | √ | Normal | | |
| Angina/Heart Attack | | √ | Drug Abuse | √ | | Regularity | | |
| High Blood Pressure | | √ | Psychiatric History | | √ | Gravida/Para | | |
| Anemia/Blood Disorder | | √ | Suicidal Thoughts** | | √ | AB/Miscarriage | | |
| Sickle Cell or Trait | | √ | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | √ | **T.B.** | | | Type: | | |
| Asthma * | | √ | PPD - date given: _5-9-6_ | | | | | |
| *Peak Flow Reading | | | RFA(LFA) | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | √ | Date read: _5-11-6_ | | | Diagnostic Profile II | | |
| Emphysema | | √ | Results: _0_ mm | | | RPR | | |
| Pneumonia | | √ | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | | √ | OD_20/20_ OS_20/20_ | | | | | |
| Hay Fever/Allergies | | √ | OU_20/20_ | | | **EKG (@ age 35)** | | |

Immunization History: _____

***HIV Medications: _____

Acute or Chronic Problem Noted:    Y    (N)    Refer to Mid-Level or M.D. if  yes.

_____
RN or Mid-Level, Signature

_5/10/06_
Date/Time

I have read the *access to health care* information sheets and have been given a copy.    I understand how to access health care.

Name _David Tyrone Hale_    Date _5-10-06_

AIS# _124974_

Medical Staff _S. Thomas_    Date _5-10-06_

4/13/04

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# INTAKE SCREENING

Date: 5-9-06                                              AIS#: 124974

| Last Name: Hale | First: David | Middle: T |
|---|---|---|
| Birthplace: Jefferson County - Birmingham | DOB: 11-19-59 | SS#: 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 |

**FEMALES:** Pregnancy test: (circle one)   Positive   Negative

B/P 130/78   Temp 978   Pulse 78   Resp 8   Weight
FSBS 145   If level > 200, repeat within 48 hours. Above 300 call M.D.

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?

Previous Incarcerations (Date & Facility)
Kilby - 1977, & 1995 → 1998

| Medications: ☒None | Special Diet (Prescribed) |
|---|---|
| Allergies: ☒NKA | Past Positive TB Skin Test (circle one)   YES - (Complete TB Screening Form)   NO |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

## CLINICAL OBSERVATIONS

1) Level of Consciousness ☒Alert  ☒Oriented; time, place, person
   ( ) Lethargic ( ) Stuporous ( ) Comatose
   Describe:

2) General Appearance   ☒Normal ( ) Abnormal

3) Signs of Trauma   ( ) Yes  ☒No

4a) Behavior/Conduct ☒Calm   ☒Cooperative   ☒Non-Violent
   ( ) Agitated   ( ) Uncooperative   ( ) Violent
   ( ) Manipulative   ( ) Disorganized
   Describe:

4c) Perceptions:   ( ) Delusional   ( ) Hallucinations

3) Substance Abuse:   ☒Yes ( ) No ( ) Suspected
   ( ) Current intoxication/Abuse   ( ) Use ( ) Withdrawal Symptoms
   ( ) Drugs ( ) Alcohol
   Describe- What kind? Amount/Frequency? All of them
   • If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.
   Last Use: (Time/Date): Sept. 05

4b) Affect/Mood ☒Normal ( ) Manic   ( ) Depressed
   ( ) Euphoria   ( ) Flat   ( ) Emotionally Confused
   Describe:

( ) Hearing Voices

5a) Is there h/o actual suicide attempt?   ( ) Yes  ☒No
5c) Is there evidence

If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

*Any abnormal observations #4 or 5 require immediate Mental Health Referral.

5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes  ☒No
5d) High risk pt may become assaultive towards staff? ( ) Yes  ☒No

| Triggers for Suicide Watch | Triggers for Close Watch |
|---|---|
| Currently Suicidal | Emotionally distraught and unable |
| - History of actual attempt | to regain composure by end of |
| - Fails to maintain control on | intake process |
| Close Watch   Y or N | - Actively hallucinating or not |
| | making any sense   Y or N |

6a) Communication Difficulties   ( ) Yes  ☒No
6c) Hearing Impairment   ( ) Yes  ☒No

6b) Memory Defects   ( ) Yes  ☒No
6d) Speech Difficulties   ( ) Yes  ☒No

7) Physical Aids ☒None   ( ) Glasses   ( ) Contacts   ( ) Hearing Aid   ( ) Dentures   ( ) Cane   ( ) Crutches
   ( ) Walker   ( ) Wheelchair   ( ) Braces   ( ) Artificial Limb   ( ) Other

8) Additional comments, complaints, symptoms:   None ☒

S)

O)   Fever   Y  (N)      Swollen Glands   Y  (N)      Signs of Infection   Y  (N)      Skin Intact   (Y)  N

A)

P)

If known Diabetic * Call M.D. for order _____   Initial Insulin given: _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for health services to be provided to me by and through PRISON HEALTH SERVICES.

David Terrence Hale 5/9/06                          L. Lawrence B NSA 5-9-06
Inmate's Signature/Date                              Health Provider Signature/Date

60412-AL



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _8/31/06_

**To:** _Elmore_

**From:** _GHCU_

**Inmate Name:** _Hale, David_ **ID#:** _124974_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_No use of (L) Arm_   _2 months_

_Bottom Bunk Profile_

**Date:** _8/31/06_  **MD Signature:** _R D Carter_  **Time:** _0930 Am_

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7/14/06

**To:** Elmore

**From:** SHCU

**Inmate Name:** Hale David          **ID#:** 124974

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Bottom Bunk Profile X 60 days

No use of (L) arm X 30 days

(L) arm sling X 30 days

**Date:** 7/14/06   **MD Signature:** Pearson / Ashsmt Blf   **Time:** 8 An

60418

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Elmore_

Resident's Name: _Hale, David_          ID# _124974_

D.O.B. _11/17/59_

I, _David Hale_ have, this day, knowing that I have a condition
   (Name of Inmate)

requiring medical care as indicated below:

____ A.    Refused medication.             ____ E.    Refused X-Ray services.

____ B.    Refused dental care.               ____ F.    Refused other diagnostic tests.

____ C.    Refused an outside medical appointment.    ____ G.    Refused physical examination.

____ D.    Refused laboratory services.           ✓ H.    Other (Please specify)

Reason For Refusal _Ø show, sick call_

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations
and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory
authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which
may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_____
Witness Signature    _D Austin LPN_

_____              _____
Date    _08/30/06_                 Patient Signature

                                                  _Ø/y_
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to
that of the medical staff member.

PHS MD-70108

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: _07/11/06_

To: _DOC_

From: _HCU Dr. Peasant_

Inmate Name: _Hale, David_ ID#: _124974_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____

(5.) Other _HCU on 07/12/06 before 0700 to be_ _____ until _____

Comments: _Examine + Evaluation for possible_
_X-ray_

Date: _07/11/06_ MD Signature _B Howard CRNP_ Time: _1720_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7/6/06

**To:** Elmore

**From:** SHCU

**Inmate Name:** Hale David          **ID#:** 124974

**The following action is recommended for medical reasons:**

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____

5.   Other _____ until _____

**Comments:**

No use of left arm X 7 days

Bottom Bunk Profile X 4 wks

**Date:** 7/6/06    **MD Signature:** Pleasant / AH Smith LPN    **Time:** 932p

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Hall David_
(Print Name)

_124974_
(Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ᒐ )  Splint
(   )  Eyeglasses
(   )  Dentures
(   )  Prothesis          describe _Arm Sling_
(   )  Wheelchair
(   )  Cane
(   )  Crutches
( ⊿ )  Other            describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_David J Hale_
(Inmate)

_7/6/06_
(Date)

_Mellicanpn_
(Witness)

_7/6/06_
(Date)

| INMATE NAME (LAST, FIRST, MIDDLE) _Hale David_ | DOC# _124974_ | DOB _11-17-59_ | R/S _Blm_ | FAC. _Ea_ |
|---|---|---|---|---|

PHS-MD-70005

(White – Medical File, Yellow – Security Property Officer)

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Elmore_

Resident's Name: _Hale, David_    ID# _12 4974_

D.O.B. _11/17/59_

I, _David Hale_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| _____ | A. | Refused medication. | _✓_ | E. | Refused X-Ray services. |
| ~~B.~~ | ~~Refused dental care.~~ | | | ~~F.~~ | ~~Refused other diagnostic tests.~~ |
| _____ | C. | Refused an outside medical appointment. | _____ | G. | Refused physical examination. |
| _____ | D. | Refused laboratory services. | _✓_ | H. | Other (Please specify) |

Reason For Refusal _∅ show, pick call_

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_D. Austin_
Witness Signature

_Dan Steele CO¹_
Witness Signature

_07/06/06_
Date

_____
Patient Signature

_Am_

_____
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to

Elmore Correctional Facility:

Sick call is performed at 7:00 am in the internal visitation yard Monday through Friday. All completed sick call requests and grievances must be placed in the locked sick call request box located beside the pill call window. All sick call requests must be completed and turned by 2:30 pm daily.

Pill call is performed three times a day from the pill call room located beside the shift office at the times stated below. Pill call is subject to change by health care unit and security.

1. Morning pill call: 4:00 am
2. Noon pill call: 11:00 am
3. Evening pill call: 5:30 pm

Any dental, medical, or mental health educational information can be obtained through a written request to the Health Services Administrator.

I have had the opportunity to ask questions concerning the above information, and I have received a copy.

Inmate Signature: _David J Hale_          Date: _____

Nurse Signature: _____          Date: _6/4/04_

4/13/04

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** Hale        David     T
                       LAST        FIRST     MI

**DATE OF BIRTH** 11 - 17 - 59    SS# 421 - 92 - 3051

**Housing Recommendations:**

General Population  X

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _____    Date 6/4/06

# RECEIVING SCREENING FORM

INMATE'S NAME: _Hale, DAVid_ DATE: _5 19 06_ TIME: _10:30 AM_

DOB: _11-77-59_   OFFICER: _Col Hives_   INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

| | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | | |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | | |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | | |
| Is the skin in poor condition or show signs of vermin or rashes? | | |
| Does the inmate appear to be under the influence of alcohol, or drugs? | | |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | |
| Is the inmate making any verbal threats to staff or other inmates? | | |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | | |
| Does the inmate have any obvious physical handicaps? | | |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was _____ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_____
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.    /    /
ALLERGIES:

Use Last    Date    /    /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Moale, David

DIAGNOSIS (If Chg'd)

MCU on Fridays + Eval Arm Cast

D.O.B. 11/17/59
ALLERGIES: NKDA

18/6/06 revised

Use Fourth    Date 10/3/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Moale, David

DIAGNOSIS (If Chg'd)

X Ray (L) Arm in 2 months on day of visit
(Dr. Chung).

D.O.B. 11/17/59
ALLERGIES:

8/29/06 9:28 am

Use Third    Date 8/24/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hale, David
ECC    124974

DIAGNOSIS (If Chg'd)

Motrin 600mg 1 PO Q12° PO x 80 days

D.O.B. 11/17/59
ALLERGIES: NKDA

UM for Dr. Chung (L) Arm

Use Second    Date 8/21/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hale, David
124974

DIAGNOSIS

① BBP - x 60 days
② No use of (L) arm x 30 days
③ (L) arm sling x 30 days

D.O.B.    /    /
ALLERGIES:

Use First    Date 7/14/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

**NAME:** Hale, David
124974

**D.O.B.** 11/17/59
**ALLERGIES:** NKDA

Use Last     **Date** 7/14/06

**DIAGNOSIS (If Chg'd)**
① DC to camp
② DC motrin, DC Lortab,
③ motrin 600m Q ID x 30 dy Lortab kop
④ Percossie tab 2 po QID lortab kop
⑤ alt ord Chrst 6 DVP

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**NAME:** Hale, David
124974

**D.O.B.** 11/17/59
**ALLERGIES:**

Use Fourth     **Date** 7/13/06

*Noted 7/13/06 TS 14:25*

**DIAGNOSIS (If Chg'd)**
mov. arm x-ray
motrin 600 mg x 2 #
Lortab 5/500 2 q4° prn serv pain
x24#00 x6 doses

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**NAME:** Hale, David
124974

**D.O.B.** 11/17/59
**ALLERGIES:**

Use Third     **Date** 07/11/06

**DIAGNOSIS (If Chg'd)**
DFCU - Visit in the AM before
0700 to be exam + possible
x-ray of lt arm

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**NAME:** Hale, David
124974

**D.O.B.** 11/17/59
**ALLERGIES:**

Use Second     **Date** 7/6/06

**DIAGNOSIS (If Chg'd)**
motrin 600 mg TID and
tylenol ES 500mg po x 10 day
V.O per Dr Pleasant / Smullians

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**NAME:** Hale, David
124974

**D.O.B.** 11/17/59
**ALLERGIES:**

Use First     **Date** 5/10/06

**DIAGNOSIS**
EKG, CXR
CMP, CBC, PSA
P.O. Sumter C Rup / Rpt

5-10-6
1120

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hale, David    1249711    D.O.B.: 1/11/71 59 |
|---|---|
| 7/13/06 8⁰⁰ | DON/OPre. Eval arm  WT 195  T-97⁶ P-20 R-20  O2sat 97%  B/p 138/84 _____ John |
| 7/14/06 | V/s 98⁵  O₂ 98%  Spec Glucose 158  B/p 109/69 P 70 R 20 - Chstrth |
| 8/21/06 93/A | DON/CPre. f/u arm  WT 200  T-97⁷  P 68  R-28ᵗʰ  O2sat 97%  B/p 122/86 _____ John |

S— Pt. has (L) Forearm Rx.
X Ray 7/14/06 → Acute
Fx of Distal (L) Ulna.
Pt. Seena Dr. Chung →
Pt. has (L) Arm Cast.

A/P (L) Distal Ulna Rx.
60 days → F/U X Ray of (L)
Arm & F/U ō Dr. Chung

| 10/6/06 10/A | DON/d re. eval (L) arm cast  WT 195  T-97⁷  P 66  R-20  O2sat 95%  B/p 102/76 _____ John |

Pt. has had arm Air Cast (L)
Arm x 3 Months. w/o distal
Ulnar Rx.
Plan F/U ō Dr. Chung
for Removal. & Assesment of (L) Ulnar





**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: ~~Bro~~ DAVID Tyrone Hall  Date of Request: 10-2-06
ID # 124974    Date of Birth: 11-17-59  Location: B-1-Bed-10
Nature of problem or request: getting this cast off my arm
Its Been on long enough to Be Healed
It comes off Next week But I want to know
If it can be taken off now
David Tyrone Hale
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                      │
│ Time:                      │
│ Receiving Nurse Intials ____ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**  **(V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

Requests to have Cast removed now.
States " Its healed.

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

D Austin Lpn
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: David Tyrone Hale    Date of Request: 8-29-06

ID # 124574    Date of Birth: 11-77-59  Location: B1/B10

Nature of problem or request: I was taking pressage or motrends
4 times I was wondering If I can get the same
medications 4 times a day in stead of motrends
2 times a day my arm is in pain please
David Tyrone Hale
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**  Q (phon)
08/30/06

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( ✓ )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

D Austin Lp
*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS

*Elmore*

**Nursing Evaluation Tool:**     **General Sick Call**

Facility: **Alabama Department of Corrections**

Patient Name: *Hale*     *David*     *J.*
      Last       First       MI

Inmate Number: *124974*     Date of Birth: *11 / 17 / 59*
      MM   DD   YYYY

Date of Report: *07 / 11 / 06*     Time Seen: _____ **AM** / PM   Circle One
    MM   DD   YYYY

**Subjective:** Chief Complaint(s): *I hurt my (L) arm at the laundry. Still having pain.* Onset: *Friday.*

Brief History: *Ø*
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: *98.⁰* P: *52* RR: *18* B/P: *130 / 100* Wgt *200*

Examination Findings: *Pulses to (L) arm / wrist strong, cap. refill <3 seconds. Unable*
(Continue on back if necessary) *to make fist, R.O.M. poor. Edema noted to (L) elbow area + (L) hand. Has on sling. States "Hand got hung in sheets, turned his arm + heard something pop." "Meds are not doing any good." Requests X-Ray. States "I am unable to do anything c̄ this arm."*

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**     **Preliminary Determination(s):**

   ☐ **Referral NOT REQUIRED**

   ☐ **Referral REQUIRED** due to the following: (Check all that apply)
     ☐ Recurrent Complaint (More than 2 visits for the same complaint)
     ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
     (Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): *HCP*      Date for referral: *07 / 11 / 06*
                                                        MM   DD   YYYY

Referral Type: ☐ Routine ☑ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

X *D Austin Lpn*     Name: *D Austin Lpn*
   Nurses Signature            Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _David Hale_     Date of Request: _7-10-06_
ID # _124974_     Date of Birth: _11/7 59_ Location: _ECC_
Nature of problem or request: _I need to see the Doctor, I messed_
_my arm up at work and the pain medicine they gave me_
_aint doing me no good._

_David Hale_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _07/11/06_
Time: _____ (AM) PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   (V/S): T: _98.⁶_   P: _52_   R: _18_   BP: _130/108_   WT: _200_

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
       CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
    Was MD/PA on call notified:   Yes ( )    No ( )

_D Austin LPN_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY ___ ECC | | |
|---|---|---|---|---|
| 7/6/06 | 4:30 ☑AM ☐PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

ALLERGIES   NKA

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP   99.3   ☑ORAL ☐RECTAL   RESP.  20   PULSE  58   B/P 130/88

RECHECK IF SYSTOLIC <100> 50   _____ / _____

NATURE OF INJURY OR ILLNESS

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

S- States stuck hand in dryer... began to sheet wrapped around wrist + began to get tighter + tighter... Tried to pull self free from the sheet. Another inmate tried to pull inmate free + no turn to his left + theats when he heard a bone pop

Scale 1-10 rates pain "10" states pain is from wrist to elbow + when he - he tries to turn other ® the pain goes to the shoulder

PHYSICAL EXAMINATION

O- AAO x 3. Resp even + unlabored. Skin w/ ↓ to touch. Swelling noted around wrist. Capillary returns < 3 sec. ⊤/o pain from wrist to elbow.

A- Alteration in comfort

P- MD to Review

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Give Motrin 800 mg PO NOW VO per Dr Peasant | 4:32 pm | _____ |
| ® Toradol 60 in Im | | Given _____ 7/6/0 |
| ® L arm sling | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME AM PM | RELEASE / TRANSFERRED TO ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

NURSE'S SIGNATURE   D. Parker, LPN   DATE 7/6/06

PHYSICIAN'S SIGNATURE _____ DATE 7/6/06

CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE)   Hale, David

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 124974 | 11-17-59 | B/m | ECC |

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: DAVID HALE _____ Date of Request: 7-5-06
ID # 124974 _____ Date of Birth: 11-17-59 Location: ELMORE
Nature of problem or request: CUT MY LEFT HAND
WHEN I FELL ON BASKETBALL COURT
_____

David Hale
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: 7-5-06 |
| Time: 2000 |
| Receiving Nurse Intial: |

SLC

**(S)ubjective:**

**(O)bjective  (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )   No ( )
            Was MD/PA on call notified:    Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**PHS** PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: Elmore

Date: 5/22/06  Time: 10:30  AM/PM

RECEIVED FROM:

Institution/Work Release Center/Free-World Hospital

WCF

RECEIVING MEDICAL STATUS

[✓] Population

[ ] Infirmary

[ ] Isolation

RELEASED: Inmate/Health Record

Institution: WCF

Date: 5/22/06  Time: _____ AM/PM

RELEASE FROM:

[ ] Infirmary        [ ] Segregation

[✓] Population       [ ] Mental Health

[ ] Other

RELEASE TO:

[✓] DOC  [ ] Infirmary  [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES:

NKA

PHYSICAL EXAMINATION

Date of last exam: 5/1/06

Chest X-Ray Date: 5/1/06   Result: OWN

PPD Reading  5/11/06

Classification: _____

Limitations: _____

LAB RESULTS - - LAST REPORT

|  | Date | Normal | Abnormal |
|---|---|---|---|
| CBC |  | [ ] | [ ] |
| Urinalysis | 5/10/06 | [✓] | [ ] |
|  |  | [ ] | [ ] |

|  | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | [ ] | [ ] |
| Dental Prosthesis | [ ] | [ ] |
| Hearing Aide | [ ] | [ ] |
| Other Prosthesis | [ ] | [ ] |

C. Hall
Recieving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

Ø

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____    LAST CLINIC: _____

| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
|---|---|---|
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [ ] Sent w / inmate | [ ] Not sent w / inmate |

Released to: _____

Date: _____  Time: _____ AM/PM

| MEDICATIONS | [ ] Received | [✓] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [✓] Not Received |
| HEALTH RECORD | [ ] Received | [ ] Not Received |

CHART REVIEWED [✓] YES  [ ] NO

Received by: _____

Signature of Receiving Nurse

Date: 5/23/06  Time: 10:30 AM/PM

FOLLOW-UP CARE NEEDED

[ ] Medical    [ ] Dental

[ ] Mental Health

Date _____  Time _____  With Whom - - Location (Sending Nurse)   Date/Appt. Made w/Whom (Rec. Nurse)

NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation)

| HISTORY |  | Yes | No |
|---|---|---|---|
|  | Drug Use | [✓] | [ ] |
|  | Mental Illness | [ ] | [✓] |
|  | Suicide Attempt | [ ] | [✓] |
|  | Chronic Care | [ ] | [✓] |
| STATUS | Special Diet | [ ] | [✓] |
|  | Appearance | [ ] | [ ] |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment)

| SKIN |  | Yes | No |
|---|---|---|---|
|  | Open Sores |  | [✓] |
|  | Lice |  | [✓] |
|  | Edema |  | [✓] |
|  | Warm & Dry | [✓] |  |
|  | Cool & Moist |  | [✓] |
| CONDITION | Alert | [✓] |  |
|  | Oriented | [✓] |  |
|  | Uncooperative |  |  |
|  | Depressed |  |  |

INTAKE

Sick Call Procedures Explained  [✓]

| Height | 5'9 |
|---|---|
| Weight | _____ |
| Blood Pressure | 128/64 |
| Temperature | _____ |
| Pulse Resp. | 70/18 |
| Other | _____ |

O. Wilson LPN
Signature of Nurse Completing Assessment (Sending Nurse)

5/22/06
Date

C. Hall
Signature of Intake Screening Nurse (Receiving Nurse)

6/4/06
Date

INMATE NAME (LAST, FIRST, MIDDLE)

Hale, David Tyrone

| DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|
| 134974B | 11/17/59 | B/M | KCF |

PHS-MD-70009

**(White - Medical Jacket, Yellow - Transfer Coordinator)**



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hale, David #124974 | D.O.B.: 11/17/59 |
|---|---|---|

5.23.6 10:00 pm — R'cvd @ ECC SHCU   Vol: I of I only Ø meds- V. Pruitt

Ø 7/13/06 16:10 — Inmate returned from FWA, BP - 150/101, P-50, Temp: 97.7, Resp.16, Sat 97%, cast on Ⓛ Arm, no pain noted @ present ————————————— Thea Sullen, LPN

**Complete Both Sides Before Using Another Sheet**

Facility Name: Elmore

Month/Year of Charting:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

4 Motrin 600 mg PO
BID X PRN

6A

6P — D/C

CH — Start Date: 8/21/06  Stop Date: 10/21/06  Prescriber: Corbier, MD  RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |...|
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600mg ī
ī PO TID c̄
food X 30 days

6A — 9 9 9 9 9 9 9 9
8N — 9 9 9 9 9 9 9 9
6P

AB — Start Date: 9/1/06  Stop Date: 10/1/06  Prescriber: Dr. Gorbie  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

Diagnosis

Allergies NKA

Housing Unit: ECC
Patient ID Number: 124974
Patient Name: Hale, David

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| C. Heath | CH | S. Taylor RN | ST |
| ABlee LPN | AB | SMilendiron | SM |
| Austin LPN | OU | | |
| ABlount LPN | AB | | |

Documentation Code
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of S
8. Medication Held
9. No Show
10. Other

Date of Birth: 11/17/59

| Facility Name: Elmore | | Month/Year of Charting: | |
|---|---|---|---|

**Motrin 600mg po TID x 15days**

Start Date: 7/6/06  Prescriber: Pleasant
Stop Date: 7/21/06  RX #:

**Tylenol ES 500mg po TIDX 15days**

Start Date: 7/6/06  Prescriber: Pleasant
Stop Date: 7/21/06  RX #:

**Motrin 600mg po q6hrs x 24hours**    7/13/06

Hour: 0600, 1200, 1800, 2400

Start Date: 7-13-06  Prescriber: Pleasant
Stop Date: 7-14-06  RX #:

**Lotab 5/500 q 8hrs prn severe pain x 6 doses.**    7/13/06

Hour: PRN

Start Date: 7-13-06  Prescriber: Pleasant
Stop Date: 7-13-06  RX #:

**Motrin 600mg qid**    last dose KOP

Start Date: 7-14-06  Prescriber: Pleasant
Stop Date: 8-14-06  RX #:

**Percogesic ii tabs po qid**    last dose KOP

Start Date: 8-14-06  Prescriber: Pleasant
Stop Date: 8-14-06  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | J. Parker, LPN | | J.B. Ellison | 73 | 1. Discontinued Order |
| Allergies: NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 124974 | | | | | 6. Self Administered |
| Patient Name: Hale David | | | | | 7. Medication out of Stock |
| | | | Date of Birth: 11-17-59 | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Hale, David | **Inmate Number:** | 124974HA |
| **Service Authorized:** | Office Visits: Op Orthopedics Referral | **Effective Dates:** | 10/20/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16440436 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| **The consulting physician should complete this section. The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.** |
|---|
| **Clinical Summary or Attached Report** |
| |
| |
| |
| |
| |
| |
| **\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\*** |
| |

| Signature of Consulting Physician: | | |
|---|---|---|
| | Date | Time |
| Reviewed and Signed By Medical Director: | | |
| | Date | Time |

08/24/2006 THU 16:14  FAX 334 738 8756 BULLOCK CORRECTIONAL FAC                    ☑025/072

08/24/2006 THU 12:11  FAX                                                          ☑021/045
06/24/2006 THU  9:24  FAX 334 567 1638 Staton Health Unit                          ☑018/022

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

### DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: Staton 343 | Patient Name (Last, First): Heile, David | SSC (mm/dd/yy) 08.21.06 |
| Site Phone: (334) 567-1548 | Alias: (Last, First) | Date of Birth: (mm/dd/yy) 11.17.59 |
| Site Fax #: (334) 567-1558 | Inmate #: 124974 | PHE Custody Date: (mm/dd/yy) 3.22.06 |
| Will these be a charge? ☐ Yes ☐ No   Sex ☐ Male ☑ Female | SIC Number: 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 | Facility Release Date: (mm/dd/yy) 9.16.08 |
| Responsible party: ☐ PHS ☐ Auto Ins. | ☐ Health Ins. (Includes Medical Managed Care including Medicaid plan)   ☐ Other, be specific (includes Medicare, Medicaid and Veterans Administration Services) | |

### CLINICAL DATA

Requesting Provider: ☑ Physician ☐ NP, PA ☐ Dental

Facility Medical Director Signature and PEIN:
Paul Carbner, MD

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.
☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DN)
☐ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy): FEB 2006
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:
Number of Visits/Treatments: ☐ Radiation Therapy ☐ Chemotherapy ☐ Other

Specialist Referred to: Dr. Chung

Orthopedic

Diagnosis: (R) arm fx    ICD-9 code: 818.0

You must include copies of pertinent reports such as lab results, any interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed

**UM DETERMINATION:**
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested (See Attached)
☐ Resubmitted with requested information

Regional Medical Director Signature, printed name and date received:

History of Illness/Injury/symptoms with Date of Onset:
Pt. saw Dr. Chung for an acute fx of distal (R) ulna seen — 7.13.06. A cast was put

Results of a complaint directed physical examination:
(R) Arm in a Cast.
- Pt. is in no distress

Patient treatment and response (including medications):
Analgesics medications

Dr. Chung requested 2 wk F/U visit.

**For security and safety, please do not inform patient of possible follow-up appointments**

☑ On-Site Service Recommended and Approved
Drs. (signature) 8/24/6
Date Recommended:

Do not write below this line. For Case Manager and Corporate Data Entry Only:

| Ref Type | Next Class | GFE Code | UM Auth # |
|---|---|---|---|
| OR | OV | 99701 | 76 440436 |

UM REFERRAL REVIEW FORM

PHS

Please send this form must be Complete and Legible. You must Type the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First)** Hale, David | **Date: (mm/dd/yy)** 08 21 06 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** 11 17 59 |
| **Site Fax #** (334) 567-1538 | **Inmate #** 124974 | **PHS Custody Date: (mm/dd/yy)** 3 22 06 |
| **Will there be a charge?** ☐ Yes ☐ No **Sex** ☐ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 9 16 08 |

**Responsible party:** ☐ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental

Paul Corbier, MD

**Facility Medical Director Signature and Date:**

Paul Corbier 8/21/06

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)    ☐ X-ray (XR)    ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)    ☐ Dialysis (DA)
☑ Routine    ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** 10 2 2006
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**
**Number of Visits/Treatments:** 1
☐ Radiation therapy
☐ Chemotherapy
☐ Other:

**Specialist referred to:** Dr. Cheung

**Type of Consultation, Treatment, Procedure or Surgery:**
Orthopedic F/U

**Diagnosis:** (L) Arm Fx.
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
Pt. saw Dr. Cheung for an acute Fx of distal (L) Ulna. Seen on 7-13/06. A cast was put

**Results of a complaint directed physical examination:**
(L) Arm in a Cast.
- Pt. is in no distress.

**Previous treatment and response (including medications):**
Analgesic medication
(L) arm cast
Dr. Cheung requested 2 month F/U visit.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **CPT code:** | | **UR Auth #:** |
|---|---|---|---|---|

05a - UM Referral review form

Fax UM

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| 843 - STATON | HALE, David | 7/13/06 |
| **Site Phone #** | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** |
| 334-567-1548 | | 11/17/59 |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| 334-567-7167 | 124974 | 3/2/06 |
| **Will there be a charge?** ☑ Yes ☐ No | **Sex** ☑ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 9/1/08 |

**Responsible party:** – ☑ PHS  ☐ Auto Ins.   ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

| **Requesting Provider:** ☑ Physician   ☐ NP, PA   ☐ Dental | |
|---|---|
| J. M. Peasant, Sr., M.D. | **History of Illness/injury/sypmptoms with Date of Onset:** |
| **Facility Medical Director Signature and Date:** | Pt cough & am in laundry 7/11/06 c poor ish F |
| _(signature)_ | |
| ☐ Service meets criteria for "approval via protocol" | |
| **Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.** | **Results of a complaint directed physical examination:** |
| ☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA) | Allen is slig |
| ☐ Outpatient Surgery (OS)   ☐ Dialysis (DA) | am I smell & edm |
| ☐ Routine   ☑ Urgent | |
| **Estimated Date of Service (mm/dd/yy)** 7/13/06 | |
| (This starts the approval window for the "open authorization period") | |
| **Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy | **Previous treatment and response (including medications):** |
| **Number of Visits/Treatments:** _____  ☐ Other:_____ | X ray → Dx of fracture |
| **Specialist referred to:** | |
| **Type of Consultation, Treatment, Procedure or Surgery:** | |
| _Ambulance to hosp_ | |
| **Diagnosis:** ①②③④  Hospt today | |
| **ICD-9 code:** | |
| You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form. | ***For security and safety, please do not inform patient of possible follow-up appointments*** |
| ☑ Pertinent Documents have been attached and faxed. | |

| **UM DETERMINATION:** | ☐ Offsite Service Recommended and Authorized |
|---|---|
| ☐ Alternative Treatment Plan (explain here): | |
| ☐ More Information Requested: (See Attached) | **Date resubmitted:** |
| ☐ Resubmitted with requested information. | ___/___/___ |
| **Regional Medical Director Signature, printed name and date required:** | ___/___/___ (mm/dd/yy) |

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form

| Patient Name: | Hale David | Inmate Number: | 124974 ECC |
| Service Authorized: | Office visit | Dr Chung | 7/13/06 |
| Responsible Facility: | Staton | Contact Name: | Michelle Pope |
| Authorization Number: | Verbal per Michelle / Mrs. ... | Telephone Number: | (304) 395-5973 x 4 |

**Note to Provider of Services:**

- **Medicare/Medicaid** do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not      apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

7/10/06   got @ forearm shut = degree → pair

fpain inj

Exr  @ tnder  mid. blow ... shaft

@ swelly - Computane soft.

sens. ↓ dorsa = palmar surface @ hd

not flex ... l/fg

sadi'l pulse @

Dx. Fx ulnar shaft at junction mid 1/3 and dsto 2/3
Dx: Fx @ ulna
Discuss options He wants casting
Cast applied. RR 2vu c XR @ forearm.
Elevation. Neurovasc ...
Vicodin pr.

7/13/06

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:**<br>843 - STATON | **Patient Name: (Last, First)**<br>Hale, David | **Date: (mm/dd/yy)**<br>7/13/06 |
| **Site Phone #**<br>334-567-1548 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)**<br>1/17/59 |
| **Site Fax #**<br>334-567-7167 | **Inmate #**<br>124974  FCC | **PHS Custody Date: (mm/dd/yy)**<br>3/2/06 |
| **Will there be a charge?**  ☑ Yes ☐ No<br>**Sex** ☑ Male ☐ Female | **SS Number**<br>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 | **Potential Release Date: (mm/dd/yr)**<br>9/1/08 |

**Responsible party:** – ☑ PHS  ☐ Auto Ins.

☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

J. M. Peasant, Sr., M.D.

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☑ Urgent

**Estimated Date of Service (mm/dd/yy)** 2/13/06
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**
Evaluate & tx

**Diagnosis:**  arm inj.
**ICD-9 code:**
Hospt today

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☑ Pertinent Documents have been attached and faxed.

**History of Illness/injury/sypmtoms with Date of Onset:**
Pt caught arm in laundry
7/11/06 c possishl
F

**Results of a complaint directed physical examination:**
1 Arm in sling
@ pain c swell tedn

**Previous treatment and response (including medications):**
X-ray → Fx of forearm

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**  ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.
**Date resubmitted:** ____/____/____

**Regional Medical Director Signature, printed name and date required:**
____/____/____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form

HEALTHCARE .CORRECTIONS.
RADIOLOGY SERVICES REQUEST AND REPORT

SD-26
(PE)

Name: Hale, Nawel

State ID No: 124974

INSTITUTION: KCF

DOB 11-17-59

Race: B    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Lassiter | 5-10-6 | | | | |

HISTORY/DIAGNOSIS: Protocol

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| ✓ CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Hale

Chest:  The heart is not enlarged  The lungs are clear.

IMPRESSION:  THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

D: & T: 05-11-06  Maurice H. Rowell/jhi  Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)       X-RAY TECHNOLOGIST'S SIGNATURE       DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)       RADIOLOGIST'S SIGNATURE       DATE SIGNED

PI-XX (REV. 12/95)   WHITE-CHART COPY; CANARY-PHYSICIAN'S COPY; PINK-FILE COPY

05/17/2006 8:35:16

SINUS BRADYCARDIA
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
NO OTHER FINDING

Summary: NORMAL ECG EXCEPT FOR RATE  * Unconfirmed Analysis *

| Vent. Rate: | 50 bpm |
| RR Interval: | 1191 ms |
| PR Interval: | 180 ms |
| QRS Duration: | 84 ms |
| QT Interval: | 452 ms |
| QTc Interval: | 435 ms |
| QT Dispersion: | 66 ms |
| P-R-T AXIS: | 36°  65°  65° |

ID:

#STAT#060517083517

D.O.B.: 9/11/75
Meds:
Class:
Dr:
Tech:



ID:

#STAT#060517083456

D.O.B.: 11/7/1969
Meds:
Class:
Dr:
Tech:

05/17/2006 8:34:56

*** CONSIDER ACUTE ST ELEVATION MI ***
SINUS BRADYCARDIA
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
Anteroseptal ST elevation
CONSIDER ACUTE ANTEROSEPTAL INFARCTION

Summary: ABNORMAL ECG

* Unconfirmed Analysis *

| | | |
|---|---|---|
| Vent. Rate: | 47 | bpm |
| RR Interval: | 1273 | ms |
| PR Interval: | 186 | ms |
| QRS Duration: | 90 | ms |
| QT Interval: | 450 | ms |
| QTc Interval: | 428 | ms |
| QT Dispersion: | 60 | ms |
| P-R-T AXIS: | 32° | 64° 64° |

L: U: mm/mU
C: 10 mm/mU

QTc=Hodges

RJ.IRDICK

BURDICK REORDER NO/REF 716-0237-00

Aura 3000 Int. ref#200502026100041

Serial #:0000-007743

STABLE 40 Hz

25 mm/s
510

34

MT34

## DEPARTMENT OF CORRECTION

### TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | | Patient Status | Rx. Ordered |
|---|---|---|---|---|
| 5-10-6 | PHYSICALS | | ☐ IP  ☐ OP | |

| Clinical Diagnosis | | Date of Onset |
|---|---|---|
| EKG | | |
| | | Date of Surgery |

| AREA OF TREATMENT (CIRCLE) | PROGRESS NOTES: |
|---|---|



### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| Hale | David | | 46 | B | 124974 |

**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 130-205-5612-0 | S | MB | COMPLETE | Page #: 1 |

**ADDITIONAL INFORMATION**

PE
5/10

FASTING: N
DOB: 11/17/1959

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HALE,DAVID | M | 46 / 5 |

PT. ADD.:

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|
| 5/10/2006    13:00 | 5/10/2006 | 5/11/2006 | 7:18 | 427 |

**CLINICAL INFORMATION**
CD- 41139330994

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 124974 |

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs    AL  36507-0000
ACCOUNT NUMBER:  01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+LP+5AC | | | | |
| Chemistries | | | | MB |
| > Glucose, Serum | 102 H | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 5.7 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 14 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.0 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 14 | | 8 - 27 | |
| Sodium, Serum | 137 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 3.8 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 100 | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 23 | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 9.9 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.9 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 8.1 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.3 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.8 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.1 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 71 | IU/L | 25 - 150 | MB |
| > LDH | 291 H | IU/L | 100 - 250 | MB |
| AST (SGOT) | 34 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 21 | IU/L | 0 - 55 | MB |
| GGT | 23 | IU/L | 0 - 65 | MB |
| Iron, Serum | 118 | ug/dL | 40 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| > Cholesterol, Total | 231 H | mg/dL | 100 - 199 | MB |
| > Triglycerides | 151 H | mg/dL | 0 - 149 | MB |
| > HDL Cholesterol | 66 H | mg/dL | 40 - 59 | MB |
| Comment | | | | MB |
| HDL cholesterol values >59 mg/dL are associated with reduced cardiac risk. | | | | |
| VLDL Cholesterol Cal | 30 | mg/dL | 5 - 40 | |
| > LDL Cholesterol Calc | 135 H | mg/dL | 0 - 99 | |
| Comment | | | | MB |
| If initial LDL-cholesterol result is >100 mg/dL, assess for risk factors. | | | | |
| T. Chol/HDL Ratio | 3.5 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 0.5 | times avg. | 0.0 - 1.0 | |
| | | | T. Chol/HDL Ratio | |

| Pat Name: HALE,DAVID | Pat ID: 124974 | Spec #: 130-205-5612-0 | Seq #: 427 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page





**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN<br>130-205-5146-0 | TYPE<br>S | PRIMARY LAB<br>MB | REPORT STATUS<br>COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION | | CLINICAL INFORMATION |
|---|---|---|

CD- 41139330917

NPY37                    FASTING: N
                         DOB: 11/17/1959

| PHYSICIAN ID.<br>ROBBINS M | PATIENT ID.<br>124974 |
|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HALE,DAVID | M | 46 / 5 |

ACCOUNT: Kilby Correctional Facility
         Prison Health Services
         12201 Wares Ferry Road
         Mt. Meigs          AL  36507-0000

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/10/2006 | 6:00 | 5/10/2006 | 5/11/2006 | 7:18 | 426 |

ACCOUNT NUMBER:  01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell(WBC)Count | 5.1 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.67 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 14.8 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 42.7 | % | 36.0 - 50.0 | MB |
| MCV | 92 | fL | 80 - 98 | MB |
| MCH | 31.6 | pg | 27.0 - 34.0 | MB |
| MCHC | 34.5 | g/dL | 32.0 - 36.0 | MB |
| RDW | 13.6 | % | 11.7 - 15.0 | MB |
| Platelets | 196 | x10E3/uL | 140 - 415 | MB |
| > Neutrophils | 36 L | % | 40 - 74 | MB |
| > Lymphs | 55 H | % | 14 - 46 | MB |
| Monocytes | 8 | % | 4 - 13 | MB |
| Eos | 1 | % | 0 - 7 | MB |
| Basos | 0 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 1.8 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.8 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL  36057

| ACCESSION NO. | NAME | FACILITY |
|---|---|---|
| NPY37/124974 | DAVID HALE | Kilby |

| DATE COLLECTED | TIME COLLECTED |
|---|---|
| 5/10/06 | 8:30 AM |

| DATE RECEIVED | TIME RECEIVED |
|---|---|
| 5/10/06 | 8:30 AM |

| Test Name | Result | Out of Range | Reference Range |
|---|---|---|---|
| HIV ANTIBODY | NEG | | NEGATIVE (NEG) |
| RPR | NR | | NON-REACTIVE (NR) |
| URINALYSIS | | | NEGATIVE (NEG) |
| PROTEIN | NEG | | NEGATIVE (NEG) |
| GLUCOSE | NEG | | NEGATIVE (NEG) |
| KETONES | NEG | | NEGATIVE (NEG) |
| BILIRUBIN | NEG | | < 5 RBC/MCL (NEG) |
| BLOOD | NEG | | NEGATIVE (NEG) |
| NITRITE | NEG | | < 1.0 MG/DL (NEG) |
| UROBILINOGEN | NEG | | NEGATIVE (NEG) |
| LEUK. ESTERASE | | POS 2+ | |

* NT = Not Tested

WAYNE  D. MERCER, PHD
LABORATORY DIRECTOR

CLIA ID NO.  01D0706289

HEALTHCARE CORRECTIONS:
RADIOLOGY SERVICES REQUEST AND REPORT

State ID No:

SD

(PE)

DOB _____ 11-17-59 _____

INSTITUTION: _____ KCF _____

Race: B    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFOR

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special n |
|---|---|---|---|---|---|
| Lassiter | 5-10-6 | | | | |

HISTORY/DIAGNOSIS:    Protocol

### X-RAY REQUEST

| | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCES (HEEL) | TEMPORO-MANDIB |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| ✓ CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYOOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYOOMAJ |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Hale

Chest:  The heart is not enlarged.  The lungs are clear.
IMPRESSION:  THERE IS NO EVIDENCE OF ACTIVE CARDIOPULM

D: & T: 05-11-06  Maurice H. Rowell/jhi  Board Certified Radiologist (s

_V.H. R_
X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

DATE

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIG

JM CAHABA IM·

PI-XXX (REV. 12/95)   WHITE-CHART COPY; CANARY-PHYSICIAN'S COPY; PINK-FILE COPY



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
|                   |       |        |     |     |        |

PHS-MD-70022

**DEPARTMENT OF CORRECTIONS**

**MENTAL HEALTH SERVICES**

# DENTAL RECORD

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|



Date of Initial Examination     5-10-06

Initial Classification

Oral Pathology ....................................... Gingivitis _____
Vincent's Infection _____
Stomatitis _____
Other Findings _____

Occlusion _____

Roentgenograms ................................... Periapical _____
Bitewing _____
Other _____

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☐ | ☑ | Present Medication | ☐ | ☐ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☐ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 5-10-06 | FM | | OHI | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hale, David | 124974 | 11-17-59 | B | KCF |

PHS-MD-70015