IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID TYRONE HALE, #124974, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-912-WKW |
| | ) |
| LAUNDRY MANAGER PERKINS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the file in this case and for good cause, it is

ORDERED that the plaintiff be granted an extension from December 18, 2006 to and including January 18, 2007 to file a response to the defendants' written reports. The plaintiff is advised that in filing his response he must do so in compliance with the directives of the order entered on November 27, 2006 (Court Doc. No. 10).

Done this 8th day of January, 2007.

                                                    /s/ Charles S. Coody
                                                   CHARLES S. COODY
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE