Document 10
Case 2.06-CV00912-WKWCSC

_Letter of Response_

RECEIVED

DAVID TYRONE HALE #124974

Plaintiff,

2007 JAN 29  A 10: 20

v

~~~~~ P. HACKETT, CL~~
U.S. DISTRICT COURT
~~~~DLE DISTRICT ALA

Laundry manger perkins

Defendant

ANSWER
AND
~~Special report~~

Ralph perkins denied Being at work the day
of the incident it was the Defendant that
told me to put my Hand in that dryer re-
sulteding in a Broaken arm and forced to con-
tinue to work with my arm in a sling Ralph
perkins States that sergant willie J Thomas
said for me to finish my shift then Come in
Clara Summerlin was also there if all
of that dident take place then why do I
have 12 people who witnessed it just the
way it happin they didnt do a body CHArt
Ralph perkins said that is I could move

My fingers my arm wasten broke now I dont
know why they are trying to cover it up
it is a kown fact that I did say that
it did hurt a little bit he told me I couldnt
just sit over there and do nothing
Now where the state is concern they
lied so y'all tell me what am I sopose
to do. I have sworn statements from 12
people, and here they are

Witnesses
Kenneth L moore # 188474
Timothy McClung # 203057
Eric Sanders # 191262
Demichael Elery # 240484
George L Bush # 195830
Robert Robinson # 171121
Charles Applegate # 148226

Sincerly, David Hale

MONTGOMERY AL 361

26 JAN 2007 PM 4 T

Legal mail

United States District Court

Montgomery Al PO Box 711

36101-0711

36101/0711

David Dylan Hale #104974
Elmer Corr. Facility
P.O.Box 8
Elmore AL 36025

LEGAL MAIL
JAIL ONLY